**FULL NAME:** Al Tyrone Jackson
**COMMITTED NAME (if different):** 3-A1-38 Low FSP
**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** Folsom State Prison, P.O. Box 1790, Folsom CA. 95763
**PRISON NUMBER (if applicable):** BN6245



RELATED DDJ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Al Tyrone Jackson

PLAINTIFF,

v.

Dale R. Atherton, attorney at law

DEFENDANT(S).

**CASE NUMBER:** 2:21-CV-06185-TJH(JC)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes  ☐ No

2. If your answer to "1." is yes, how many? ONE (1)

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Plaintiff was falsely arrested, tried and convicted of one (1) count of assault. Plaintiff went pro per and won a new trial motion, reversing the jury's verdict.

NOTE: Plaintiff is a mental health patient (CCCMS)

a. Parties to this previous lawsuit:
   Plaintiff __Al Tyrone Jackson__

   Defendants __Officer Webb, LAPD, I don't recall the other officers name.__

b. Court __Central District Court__

c. Docket or case number __Don't recall it__

d. Name of judge to whom case was assigned __Don't recall his name__

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __Case was dismissed for failure to Prosecute__

f. Issues raised: __Plaintiff was not notified to appear in court.__

g. Approximate date of filing lawsuit: __2009 April__

h. Approximate date of disposition __2017__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☒ No

   If your answer is no, explain why not __N/A__

3. Is the grievance procedure completed? ☐ Yes  ☐ No  __N/A__

   If your answer is no, explain why not __N/A__

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Al Tyrone Jackson__
(print plaintiff's name)

who presently resides at __Folsom State Prison P.O. Box 1796, Folsom, CA, 95763__
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

__During a Jury trial, Superior Court Dept. A-19 County of Los Angeles,__
(institution/city where violation occurred)
__State of California (City of Lancaster) (Dale R. Atherton)__

CIVIL RIGHTS COMPLAINT

on (date or dates) __9-6-17__, _____, _____.
                   (Claim I)         (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Dale R. Atherton, Attorney At Law__ resides or works at
   (full name of first defendant)
   __112 Harvard Ave #19, Claremont, CA. 91711__
   (full address of first defendant)
   __Court Appointed Defense Attorney__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Atherton conspired with the Prosecuting Attorney and the trial Judge, violating Plaintiffs Right to a fair trial.__

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____


5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

The Right to a fair and impartial jury trial, in violation of Plaintiffs United States Constitutional Rights. In violation of the Sixth (6) and Fourteenth Amendments. And the 8th Amendment.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On January 4, 2017 Cindy Peters had Plaintiff Arrested and Jailed by the Palmdale Sheriff Department, for an alleged Assault on Her. Alleging that Plaintiff stabbed Her in the front edge of Her Scalp with a two pronged barbecue fork. However, the injury to Her head was not consistent to stab wounds.

Plaintiff was held on a 1,000,000+ bail of which He could not make so He had to remain in custody for all the court proceedings.

Plaintiff chose to have a jury trial. And He also chose not to take the witness stand. In order so the jury

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

(See continuation page No. 5 of 6, (A))

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Six million dollars (6.000000)

July 23, 2021
*(Date)*

Al F. Jackson
*(Signature of Plaintiff)*

Case 2:21-cv-06185-TJH-JC   Document 1   Filed 07/29/21   Page 7 of 12   Page ID #:7

1. would not learn that Plaintiff possess a lengthy
2. criminal record.
3.
4. Plaintiff also chose not to wear jail clothing
5. before the jury. So upon request, it was trial
6. counsel duty to supply Plaintiff with a set
7. of civilian clothing. So the jury would not
8. learn that Plaintiff was in custody of the
9. Sheriff Department.
10.
11. However, trial counsel betrayed Plaintiff
12. during the jury trial, causing the jury to be
13. overwhelmed with undue prejudice. Because
14. trial counsel knowingly and willfully
15. exposed to the jury that Plaintiff has a lengthy
16. criminal record.
17.
18. Trial counsel also informed the jury that
19. Plaintiff was in custody, prior to and during
20. the jury trial that was in progress.
21.
22.    Trial counsel conspired with the
23. prosecution in an attempt to get Plaintiff
24. a 25 to life sentence in a California
25. state prison.
26.
27. Trial counsel, Attorney Dale R. Atherton
28. (see continuation page no. 5 of 6, (A)).

1  caused severe damage to Plaintiff, violating
2  His civil Rights, Knowingly and Willfully.
3  Plaintiff Right to the Sixth (6) and Fourteen-
4  th Amendment's to the United States
5  Constitution was trashed by not only Trial
6  Counsel, but by the Prosecuting Attorney,
7  And the trial Judge.
8
9  The three of them, trial counsel, the
10 Prosecuting Attorney, and the trial Judge
11 All conspired together in order to violate
12 Plaintiffs constitutional Rights to A
13 fair and imparial Jury trial, of which is
14 guaranteed by the California and the United
15 States Constitution.
16
17 When Cindy Peters, the Prosecutions only
18 Alleged Victim/Eye-Witness, on cross
19 Examination informed the Jury that Plaintiff
20 has a lengthy criminal Record, trial Counsel
21 should have immediately moved for a mis-
22 trial. Because it is His sworn duty to pro-
23 tect His client constitutional Rights
24 (civil Rights), to a fair and imparial trial.
25
26 Also the Judge was duty to preserve
27 order in the court Room and to see
28 (See continuation page No. 5 of 6, (B)).

1. that the Accused received a fair and impartial trial as guaranteed by the United States Constitution. Not to join into calculated obstruction of Justice as trial consel did with the Prosecutor.

2. I was and still are quite confused as to why, trial counsel, the prosecutor and the trial Judge conspired together to deprive me of my constitutional Rights in an attempt to wrongfully send me to prison for a sentence of 25 years to life.

3. The above acts of the Court Appointed alleged defense/trial Attorney has caused me to lose a faith and trust in the Judical system. Sad but true.

(continuation page No. 5 of 6, (c)).

7/13/21 [signature] A55346        Legal mail

Mr. Al Tyrone Jackson
BN6245, 3-A1-38 low
Folsom, CA. 95763

LEGAL MAIL
FOLSOM STATE PRISON
P.O. BOX 950
FOLSOM, CA 95763

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 29 2021
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

United States District Court
Central District of California
255 East Temple St. Suite 15-134

U.S. POSTAGE >> PITNEY BOWES
ZIP 95671 $ 001.60⁰
0000346813 JUL 26 2021



Folsom, CA. 95763
P.O. BOX 950
FOLSOM, CA 95763

United States District Court
Central District of California
855 East Temple St Suite TS-134
Los Angeles, CA. 90012

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 29 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

ZIP 95671
$ 001.60
0000346813 JUL 26 2021